**STATE of Missouri, Respondent,**

v.

**Dustin GIBSON, Appellant.**

**WD 78588**

Missouri Court of Appeals,
Western District.

ORDER FILED: May 3, 2016

Chris Koster, Attorney General, Evan J. Buchheim and Colette Neuner, Assistant Attorneys General, Jefferson City, MO, Attorneys for Respondent,

Ellen H. Flottman, District Defender, Casey A. Taylor, Assistant Public Defender, Columbia, MO, Attorneys for Appellant.

Before Division Four: Alok Ahuja, Chief Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

**Order**

Per Curiam:

Dustin Gibson appeals, following a jury trial, his convictions of third-degree assault of a law enforcement officer, § 565.083, first-degree tampering, § 569.080, and resisting a lawful stop, § 575.150, for which he was sentenced to a total of nineteen years' imprisonment. Gibson argues that the evidence was insufficient to support his tampering conviction and that, when sentencing Gibson, the trial court improperly punished him for exercising his right to trial. Finding no error, we affirm. Rule 30.25(b).